UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DARRYL WILLIAMS,

        Plaintiff,

   v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendant.
_____

Civil Action No. 1:14-cv-1068

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 7/22/15

/s/Seth J. Andrews
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 7/22/15

/s/ Michael Del Valle
Michael Del Valle, Esq.
*Attorneys for Defendant*
Sessions, Fishman, Nathan & Israel
130 John Muir Drive, Suite 106
Amherst, NY 14228
Phone: (716)625-7492